IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES SZARAWARA, | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY, | : | |
| Defendant. | : | NO. 12-5714 |

# **O R D E R**

**AND NOW,** this 27th day of June, 2013, for the reasons state in the foregoing Memorandum, it is hereby **OREDERED** that defendant's Motion to Dismiss (ECF 7) is **GRANTED** in part and **DENIED** in part. Plaintiff may file a Second Amended Complaint within twenty-one (21) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Matt12\12cv5714.Szarawara v. Couny of Montgomery\12cv5714.062713.order.docx